874

UNITED STATES of America,
Plaintiff-Appellee

v.

Javier CRUZ-ROSARIO, also known as
Javier Cruz, Defendant-Appellant

No. 16-10365
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 11/23/2016

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Javier Cruz-Rosario, Pro Se

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Javier Cruz-Rosario has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cruz-Rosario has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

